| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
| | United States Attorney |
| 2 | |
| | J. DOUGLAS WILSON (DCBN 412811) |
| 3 | Chief, Criminal Division |
| 4 | JAMES C. MANN (CABN 221603) |
| | Assistant United States Attorney |
| 5 | |
| | 1301 Clay Street, Suite 340S |
| 6 | Oakland, CA 94612 |
| | Telephone: (510) 637-3680 |
| 7 | Fax: (510) 637-3724 |
| | E-Mail:  James.C.Mann@usdoj.gov@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR-13-00316 YGR |
| | ) | CR-09-00964 YGR Related cases |
| | ) | |
| | ) | STIPULATED REQUEST TO CONTINUE |
| v. | ) | HEARING DATE TO SEPTEMBER 12, |
| | ) | 2013 AND TO EXCLUDE TIME UNDER |
| CHRISTOPHER MATTHEW CARR, | ) | THE SPEEDY TRIAL ACT AND ORDER |
| | ) | |
| Defendant. | ) | Date:   August 29, 2013 |
| | ) | Time:   2:00 p.m. |
| | ) | Court:  Hon. Yvonne Gonzalez |
|  | ) | Rogers |

The above-captioned matter is set on August 29, 2013 before this Court for a change of plea hearing. Counsel for the United States is not available on August 29, 2013 due to a contested sentencing hearing before the Honorable Jeffrey S. White in San Francisco. The United States, therefore, requests that the Court continue the matter to September 12, 2013 at 2:00 p.m., and that the Court exclude time under the Speedy Trial Act between August 29, 2013 and

////

////

////

STIP. REQ. TO CONTINUE HEARING TO SEPTEMBER 12, 2013 AND TO EXCLUDE TIME
CR-13-00316 YGR
CR-09-00964 YGR

1  ////

2  September 12, 2013 for continuity of counsel for the United States.  Defendant has no objection.

3

4  DATED: July 24, 2013

5

6  _____/s/_____          _____/s/_____
   JAMES C. MANN                              JOYCE LEAVITT
7  Assistant United States Attorney           Counsel for Defendant
   Counsel for United States
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO CONTINUE HEARING TO SEPTEMBER 12, 2013 AND TO EXCLUDE TIME
CR-13-00316 YGR
CR-09-00964 YGR

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. | CR-13-00316 YGR |
| | ) | | CR-09-00964 YGR |
| | ) | | |
| v. | ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO SEPTEMBER 12, 2013 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| CHRISTOPHER MATTHEW CARR, | ) | | |
| Defendant. | ) | | |
| | ) | Date: | August 29, 2013 |
| | ) | Time: | 2:00 p.m. |
| | ) | Court: | Hon. Yvonne Gonzalez Rogers |

The United States requested that the hearing in this matter be continued from August 29, 2013 to September 12, 2013 at 2:00 p.m., and that time be excluded under the Speedy Trial Act between August 29, 2013 and September 12, 2013 for continuity of counsel for the United States. Counsel for the United States is not available on August 29, 2013 due to a contested sentencing hearing before the Honorable Jeffrey S. White in San Francisco. Defendant has no objection.

STIP. REQ. TO CONTINUE HEARING TO SEPTEMBER 12, 2013 AND TO EXCLUDE TIME
CR-13-00316 YGR
CR-09-00964 YGR

1  For these stated reasons, the Court finds that the ends of justice served by granting the
2  continuance outweigh the best interests of the public and the defendant in a speedy trial.  Good
3  cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),
4  **IT IS HEREBY ORDERED** that the change of plea hearing in this matter is continued
5  from August 29, 2013 to September 12, 2013 at 2:00 p.m. before this Court, and that time
6  between August 29, 2013 and September 12, 2013 is excluded under the Speedy Trial Act to
7  allow for continuity of counsel for the United States.

9  DATED: July 24, 2013

_____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

STIP. REQ. TO CONTINUE HEARING TO SEPTEMBER 12, 2013 AND TO EXCLUDE TIME
CR-13-00316 YGR
CR-09-00964 YGR